IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 4/19/06*

No. C :05-05210 RMW PVT

Michael Williams
    Plaintiff,

v.

Lockheed Martin Space Operations Company et al.
    Defendant.

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

ADR CERTIFICATION

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration     ☐ ENE     ☐ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☒ Private ADR *(please identify process and provider)*

Mediation, Provider TBD

Dated: 4/14/06

Jeremy Pasternak
Attorney for Plaintiff

Dated: _____

Attorney for Defendant

IT IS SO ORDERED:

Dated: 4/19/06

/S/ RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION

REV. 5/00

N:\Adrpc3a.frm

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR.L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

(Note: This Certification must be signed by each party and its counsel.)

Dated: 4/13/06   Michael Williams
_____
[Typed name and signature of plaintiff]

Dated: 4-14-06   Jeremy Pasternak
_____
[Typed name and signature of counsel for plaintiff]

Dated: _____
_____
[Typed name and signature of defendant]

Dated: _____
_____
[Typed name and signature of counsel for defendant]

United States District Court
For the Northern District of California

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION
2
REV. 5/00