1  JEREMY PASTERNAK, ESQ., BAR NO: 181618
   LAW OFFICES OF JEREMY PASTERNAK
2  A Professional Corporation
   445 Bush St., Sixth Floor
3  San Francisco, CA 94108
   Telephone: (415) 693-0300
4  Facsimile: (415) 693-0393

5  Attorneys for Plaintiff
   MICHAEL WILLIAMS
6

7
   BONNIE GLATZER, ESQ., BAR NO: 147804
8  ELLEN PAPADAKIS, ESQ., BAR NO: 186621
   THELEN REID & PRIEST LLP
9  101 SECOND ST., SUITE 1800
   SAN FRANCISCO, CA 94105-3606
10 Telephone: (415) 371-1200
   Facsimile: (415) 371-1211
11
   Attorneys for Defendants
12 LOCKHEED MARTIN SPACE OPERATIONS
   COMPANY, LOCKHEED MARTIN CORPORATION,
13 CARLA BARNES, and MARY SESSLER

14
                    IN THE UNITED STATES DISTRICT COURT
15
                        NORTHERN DISTRICT OF CALIFORNIA
16
                                                     *E-FILED - 5/3/06*
17 MICHAEL WILLIAMS,                  ) Case No. C05-05210 RMW
                                      )
18         Plaintiff,                 ) ORDER REGARDING
                                      ) STIPULATION REGARDING
19 v.                                 ) CONTINUANCE OF CASE
                                      ) MANAGEMENT CONFERENCE AND
20 LOCKHEED MARTIN SPACE OPERATIONS   ) RELATED DATES
   COMPANY, a Nevada Corporation; LOCKHEED )
21 MARTIN CORPORATION, a Maryland Corporation; )
   CARLA BARNES, an individual; MARY SESSLER, ) CMC Date:  May 5, 2006
22 an individual; and Does 1-50,      ) Time:      10:30 a.m.
                                      ) Courtroom: 6, 4th Floor
23         Defendants.                )
                                      )
24 _____)

25 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

26         THE COURT, having received the Parties' Stipulation Regarding Continuance of Case

27 Management Conference and Related Dates, and GOOD CAUSE HAVING BEEN SHOWN,

28

---
[ ORDER ON STIPULATION REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND RELATED
DATES – Case No. C-05-05210 RMW
-1-

1  IT IS HEREBY ORDERED:

2      1)    The Case Management Conference presently set for May 5, 2006 shall be continued

3  to June 16, 2006, and

4      2)    The date for the parties' Initial Disclosures shall be continued in accordance with the

5  new Case Management Conference date.

7  Date: May 3, 2006                       /s/ Ronald M. Whyte
                                                             Hon. Ronald M. Whyte
8                                                               Judge, U.S. District Court