UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION                    ***E-FILED - 4/26/07***

| | |
|---|---|
| GAYLE WILLIAMS, as successor-in-interest to MICHAEL WILLIAMS,<br>            Plaintiff<br>vs.<br>LOCKHEED MARTIN SPACE OPERATIONS COMPANY, a Nevada Corporation; LOCKHEED MARTIN CORPORATION, a Maryland Corporation; CARLA BARNES, an individual; MARY SESSLER; an individual; and Does 1-50<br>            Defendants. | Case No. C05-05210 RMW<br><br>[] ORDER GRANTING JOINT MOTION TO VACATE ORDER OF REMAND AND TO DISMISS ACTION WITH PREJUDICE<br><br>**Hearing Waived** |

      The motion filed jointly by Plaintiff Gayle Williams, as successor-in-interest to decedent Michael Williams ("Plaintiff") and Defendants Lockheed Martin Space Operations Company, Lockheed Martin Corporation, Carla Barnes, and Mary Sessler (collectively "Defendants") (all collectively, "the Parties") to vacate this Court's May 16, 2006 "Order Dismissing Certain Claims and Granting Plaintiff's Motion for Remand" ("Remand Order") and to dismiss this action with prejudice came under submission to this Court for decision, the Parties having waived hearing.

      After consideration of the parties' pleadings, papers, and arguments, pursuant to Federal Rules of Civil Procedure 60(b), the Court ORDERS as follows:

      1.    The Parties Joint Motion to Vacate is hereby **GRANTED.**

      2.    This Court's May 16, 2006, Remand Order is hereby **VACATED** in its entirety and hereby ceases to have any preclusive effect. Under the circumstances of this case, the right to relitigation of unreviewed disputes and the equities of this matter outweigh the value of the finality of the Remand Order. *See Ringsby Truck Lines v. Western Conference and Teamsters*, 686 F.2d 720, 722 (9th Cir. 1982).

///

///

1   3.   This action is hereby DISMISSED WITH PREJUDICE, each party to bear its own
2   costs.

3   IT IS SO ORDERED.

4   Dated: __4/26/07_____     _____*Ronald M. Whyte*_____

5                                    Hon. Ronald M. Whyte
                                     United States District Judge
6